IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

OMAR COPELAND                                    :
                  Plaintiff                       :                    Civil Action
                                                 **FILED**              No 15-5012
       V.                                        FEB: 2 1 2017
                                                 KATE BARKMAN, Clerk
                                               By_____Dep. Clerk
CITY OF PHILADELPHIA, et al                      :
                  Defendants,                    :

---

**PLAINTIFF MOTION TO DEPOSE DEFENDANTS officer MCALLISTER, officer MAMMOLA, detective PEARSON, AND police Commissioner RAMSEY**

---

TO THE CLERK OF COURT:

Plaintiff, OMAR COPELAND hereby file the enclosed motion to compel the deposition of the above named defendants pursuant to Fed.R.Civ.P. 30(A) (2)

                                        Respectfully submitted,

                                        /s/ Omar Copeland lk-6830

                                        _Omar Copeland_

                                        1100 pike street
                                        Huntingdon, pa 16654

Dated: February 15, 2017

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| OMAR COPELAND | : | |
| Plaintiff | : | Civil Action |
| | : | No 15-5012 |
| V, | : | |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendants | : | |

---

**PLAINTIFF MOTION TO DEPOSE DEFENDANTS OFFICER MCCALLISTER, OFFICER MAMMOLA, OFFICER PEARSON, AND POLICE COMMISSIONER RAMSEY.**

---

1. Plaintiff, Omar Copeland has filed a civil action against the named defendants alleging violations of his civil rights.

2. Plaintiff is incarcerated and does not have the means (financially or freedom) to depose these defendants any other way. The plaintiff is not represented by outside counsel who could depose these defendants in a professional are convenient setting.

3. Defendants have filed a motion to depose the plaintiff. The plaintiff thinks this would be a good time to depose the defendants as well (bifurcate) via video conference.

4. Plaintiff respectfully requests that this Honorable Court issue the proposed order allowing the deposition of defendant by means of video conference.

WHEREFORE, Plaintiff requests that the Honorable court enter an order in the form proposed.

Respectfully submitted,

/s/ Omar Copeland lk-6830

*Omar Copeland*

1100 pike street

Huntingdon, pa 16654

Dated: FEBRUARY 15, 2017

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OMAR COPELAND** | : | |
| **Plaintiff** | : | **Civil Action** |
| **V.** | : | **No 15-5012** |
| **CITY OF PHILADELPHIA, et al** | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this          , day of                          ,2017, it is hereby ORDERED and DECREED

that plaintiff shall be permitted to depose defendants officer MCCALLISTER, OFFICER

MAMMOLA, OFFICER PEARSON, and Commissioner RAMSEY, at a time, date and manner

convenient to the parties and administration at SCI HUNTINGDON, Huntingdon Pennsylvania,

including by means of video conference.



RECEIVED
FEB 21

BY THE COURT:

_____

**J. BEETLESTONE**