Name Omar Copeland

Number LK-6830

1100 Pike Street

Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

US POSTAGE >> PITNEY BOWES

ZIP 16652
02 1W
0001395447 MAR 16 2017
$ 000.67⁰

Judge WENDY BEETLESTONE
601 market st
Phila, pa 19102

U.S.M.S.
X-RAY

Inmate Mail - PA DEPT OF CORRECTIONS

1910631729 C019