# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR COPELAND** : | |
| **Plaintiff,** : | |
| : | **Civil Action** |
| v. : | **No. 15-5012** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| **Defendants.** : | |
| : | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Plaintiff's Motion to Compel Discovery, it is HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMAR COPELAND** | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| v. | : | **No. 15-5012** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

On March 20, 2017, Plaintiff filed a motion to compel discovery. *See* ECF 65. Defendants received Plaintiff's "Fourth set of interrogatories and production of documents directed to defendants" on February 16, 2017. On March 10, 2017, Defendants' responses to Plaintiff's "Fourth set of interrogatories and production of documents directed to defendants", as well as Bates labeled documents Copeland 595-1068, were mailed to Plaintiff via certified mail. *See* Exhibit A. As this discovery has been timely produced, Plaintiff's motion to compel is moot. Accordingly, Defendants respectfully request that the Court deny Plaintiff's motion.

Additionally, defense counsel never received a February 22, 2017 "supplemental motion for discovery." Plaintiff's attachment to the present motion is the first time counsel has viewed this supplemental request for discovery. On March 21, 2017 counsel informed Mr. Copeland of this issue and that she would respond to the supplemental request in a timely fashion now that she had received it.

Respectfully submitted,

/s/ Shannon Zabel
Shannon Zabel
Assistant City Solicitor

                                                    Pa. Attorney ID No. 321222
                                                  City of Philadelphia Law Department
                                                  1515 Arch Street, 14th Floor
                                                  Philadelphia, PA 19102
                                                  215-683-5114
Date:  March 21, 2017                         shannon.zabel@phila.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR COPELAND,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br>　　　　　　**Defendants.** | Civil Action<br>No. 15-5012 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Response in Opposition to Plaintiff's Motion to Compel was filed via the Court's electronic filing system and is available for downloading. I also certify that a copy of the Response has been served upon the Plaintiff by certified mail, postage prepaid, as follows:

Omar Copeland
LK6830
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA  16654-1112

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Shannon Zabel
　　　　　　　　　　　　　　　　　　　　Shannon Zabel
　　　　　　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　　　　　　Attorney Identification No. 321222
　　　　　　　　　　　　　　　　　　　　City of Philadelphia Law Department
　　　　　　　　　　　　　　　　　　　　1515 Arch Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　(215) 683-5114
Dated:  March 21, 2017　　　　　　　　shannon.zabel@phila.gov