IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR COPELAND,<br>　　　　　　Plaintiff<br>　v.<br>CITY OF PHILADELPHIA, et al.<br>　　　　　　Defendants. | Civil Action<br>No. 15-5012 |

FILED
MAR 24 2017
KATE BARKMAN, Clerk
_____ Dep. Clerk

## ORDER

And now, this **24th** day of **March** 2017, upon consideration of the City of Philadelphia and Former Commissioner Ramsey's Motion for a Protective Order, it is hereby **ORDERED and DECREED** that said Motion is **GRANTED**. The City of Philadelphia is hereby protected from producing Former Police Commissioner Charles Ramsey to testify at a deposition or trial in this matter.

BY THE COURT:

_____
BEETLESTONE, J.

ENTERED
MAR 24 2017
CLERK OF COURT