## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR COPELAND,<br>        Plaintiff,<br><br>v.<br><br>POLICE OFFICER SEAN MCCALLISTER, POLICE OFFICER DANIEL MAMMOLA,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 15-5012 |

## CIVIL JUDGMENT

Before the Honorable Wendy Beetlestone

      **AND NOW**, this 1st day of November, 2017, in accordance with the verdict of the jury by special interrogatories,

      **IT IS ORDERED** that Judgment be and the same is hereby entered in favor of defendants, P/O SEAN MCCALLISTER and P/O DANIEL MAMMOLA and against plaintiff, OMAR COPELAND on all claims.

                              BY THE COURT:


                              ATTEST: /s/ Michael G Mani
                                        Michael G Mani
                                        Deputy Clerk